IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                       PLAINTIFF

v.                                        Case No. 4:17-cr-40005-SOH-001

JUAN ROBERTO CERVANTES-RODRIGUEZ                                              DEFENDANT

## ORDER

Before the Court is Defendant Juan Roberto Cervantes-Rodriguez's Motion to Correct Spelling of Defendant's Name. ECF No. 14. The Court has been advised by Defendant's counsel that Defendant's middle name is erroneously spelled as "Robert" in the Indictment. Defendant requests that the Indictment and all other pleadings filed herein be amended to correct the spelling of Defendant's name to "Juan Roberto Cervantes-Rodriguez." The Court finds that the name change should be made and directs the Clerk to take the appropriate action to effectuate the change.

**IT IS SO ORDERED**, this 29th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge